STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARTHUR GREEN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

April 29, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES TOOMER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mrs. Rita L. Bender* and *Mr. Frank Askin* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman,* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILBERT HARRINGTON, JR., DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Robert H. Doherty, Jr.* and *Mr. Thomas F. Kelaher,* Asst. Prosecutor of Ocean County, for the respondent.

April 29, 1969. Denied.